# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CODY BRYCE DOUGLAS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77618 |
| CODY BRYCE DOUGLAS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77619 |

**FILED**

JAN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are consolidated appeals from judgments of conviction. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Appellant's counsel has filed a motion to voluntarily dismiss these appeals. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these

19-03065

appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, this court ORDERS these appeals DISMISSED.[1]

_____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                                         Cadish

cc:  Hon. Jerome M. Polaha, District Judge
     Washoe County Public Defender
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.